IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AAYUSH KHATIWADA, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | No.  3:22-CV-0078-E-BH |
| | ) | |
| TEACHON ELLIS, | ) | |
|     Defendant. | ) | Referred to U.S. Magistrate Judge[1] |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  The plaintiff's *Application to Proceed In District Court without Prepaying Fees or Costs (Long Form),* filed on January 13, 2022 (doc. 4)*,* is **DENIED**.  The case will be dismissed by separate judgment for failure to prosecute or comply with court orders.

**SIGNED this 3rd day of March, 2022.**

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] By *Special Order 3-251*, this *pro se in forma pauperis* case has been automatically referred for full case management.